**Anthony Quentin KELLY, Plaintiff-Appellant,**

v.

**Charlotte ZIES, Case Management Specialist; Department of Public Safety and Correctional Services, Defendants-Appellees.**

No. 17-6715

United States Court of Appeals, Fourth Circuit.

Submitted: October 27, 2017

Decided: November 14, 2017

Anthony Quentin Kelly, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before, GREGORY, Chief Judge, and TRAXLER and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Quentin Kelly appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kelly v.*

---

*Zies*, No. 1:16-cv-02603-RDB, 2017 WL 1592253 (D. Md. Apr. 28 & May 11, 2017). We deny Kelly's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*